# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2013

## NO. 03-12-00807-CR

**John Henry Carter, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 391ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** came on to be heard on the written motion of the appellant to dismiss the appeal and the same being considered, because it is the opinion of this Court that the same should be granted: it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the appellant be allowed to withdraw his notice of appeal and that the appeal be dismissed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.